NEW YORK SECURITY AND TRUST COMPANY, Respondent, *v.* SARATOGA GAS AND ELECTRIC LIGHT COMPANY, THE FIRST NATIONAL BANK of Saratoga Springs, EDWARD T. ANDREWS, WILLIAM V. REYNOLDS, as Receiver, Appellants, et al.

WILLIAM V. REYNOLDS, as Receiver, Appellant, *v.* NEW YORK SECURITY AND TRUST COMPANY and WALTER STANTON, Respondents, et al.

*N. Y. Security Co.* v. *Saratoga Gas Co.*, 88 Hun, 569, affirmed.
(Argued October 11, 1898; decided November 22, 1898.)

APPEALS from judgments of the late General Term of the Supreme Court in the third judicial department, entered September 18, 1895, upon orders, one affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, the other affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Edward Winslow Paige* for William V. Reynolds, receiver, appellant.

*William B. Hornblower* for New York Security and Trust Company and Walter Stanton, respondents.

Judgments and orders affirmed, with costs, on opinion below. All concur, except O'BRIEN, J., not voting.

---

MORRIS MOSES, Appellant, *v.* THE CITY OF KEY WEST, Respondent.

*Moses* v. *City of Key West*, 15 Misc. Rep. 15, affirmed.
(Argued October 11, 1898; decided November 22, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered December 26, 1895, upon an order affirming a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term.

*William F. Randel* for appellant.

*Burton N. Harrison* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur.